In the Matter of the Claim of ELIZABETH CONRAD et al., Respondents, against MELDRUM MOTOR CORPORATION, et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued February 11, 1929; decided March 19, 1929.)

*Carlton E. Ladd* and *Alfred W. Andrews* for appellants.
*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for respondents.

Order of the Appellate Division reversed and claim dismissed, with costs in all courts against State Industrial Board, on the ground that there is no evidence that the employee was in the course of his employment at the time of the accident.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.